Opinion filed July 24, 2008











 
 
  
 
 







 
 
  
 
 




Opinion filed July 24, 2008

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-08-00169-CR

                                                    __________

 

                             MARIO GONZALEZ FRAUSTO, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 220th District Court

 

                                                      Comanche
County, Texas

 

                                          Trial
Court Cause No. CCCR-07-02910

 



 

                                             M
E M O R A N D U M   O P I N I O N

Mario
Gonzalez Frausto has filed in this court a motion to dismiss his appeal.  In
his motion, he states that he has made this decision after the consequences
were fully explained and that his decision is freely and voluntarily made.  The
motion is signed by both appellant and his counsel.

The
motion is granted, and the appeal is dismissed.

 

PER CURIAM

July 24, 2008   

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.